# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

REBECCA PORTIER

VERSUS

GUY PORTIER, XYZ INSURANCE
COMPANY, GEORGIA PORTIER AND
ZYX INSURANCE COMPANY

NO.  2019 CW 1103

NOV 1 2 2019

---

In Re:    Guy  Portier  and  Georgia  Portier,  applying  for
          supervisory  writs,  21st  Judicial  District  Court,
          Parish of Livingston, No. 148842.

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

          **WRIT DENIED.**

                              **VGW**
                              **JMG**
                              **WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT